AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America <br> v. <br> Brett Baldwin <br> *Defendant(s)* | Case No. <br> 5:23-mj-1278-PRL <br> **SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 28, 2023** in the county of **Lake** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Ryan Eggland, HSI
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: December 12, 2023

_____
*Judge's signature*

City and state: Ocala, Florida     U.S. Magistrate Judge Philip R. Lammens
_____
*Printed name and title*

STATE OF FLORIDA        CASE NO. 5:23-mj-1278-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan G. Eggland, being duly sworn, declare and state as follows:

### AGENT BACKGROUND

1. I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since October 2009. I am currently assigned to the Orlando, Florida office of HSI, and my duties include the enforcement of federal criminal statutes including but not limited to Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i), and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

2. My formal education includes a Bachelor's degree in Business Administration and a Master's degree in Business Administration from the University of North Florida. Through numerous advanced law enforcement-training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I

have participated in training courses for the investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252 and 2252A. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

## AUTHORIZATION SOUGHT

3. This affidavit is submitted in support of a criminal complaint. As set forth in more detail below, I have probable cause to believe that Brett BALDWIN knowingly possessed material that contains an image of child pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal

investigators, information from law enforcement officers, information from agency reports and business records, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5. Title 18, United States Code, Section 2252A, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce. This complaint involves the possession of child pornography under 18 U.S.C. § 2252A as described herein, some of the images of child pornography involved a minor who had not attained 12 years of age.

## DETAILS OF THE INVESTIGATION

6. On November 28, 2023, Detectives with the Mount Dora Police Department seized an iPhone 14 cell phone with serial number TM49JKGQTK (the cell phone) from the person of its owner, Brett BALDWIN, while executing a search warrant at his residence in Mount Dora,

Lake County, Florida. The phone was seized in furtherance of a missing person investigation.

7. The cell phone was turned over to the Seminole County Sheriff's Office for the purpose of extracting all data being stored on the cell phone. The extraction was then turned over to Florida Department of Law Enforcement (FDLE) Special Agent (SA) Jennifer Spears for the purpose of reviewing the data for evidence relating to the missing person.

8. On December 8, 2023, SA Spears contacted FDLE SA Bill Nuzzi and requested assistance in reviewing some digital image files found that were being stored on the cell phone seized from BALDWIN's person. SA Nuzzi reviewed the content and immediately observed the following file:

File Name: IMG_4535.PNG

Description: This is a digital image file depicting a prepubescent juvenile female less than 5 years old nude from the waist down. The juvenile is lying on her back with her legs spread so that her vagina is exposed to the camera in a lewd manner and the focal point of the image.

9. Upon the discovery of this file, SA Nuzzi applied for and was granted a Florida state search warrant for BALDWIN's cell phone on December 11, 2023. The search warrant focused on evidence relating to child pornography. FDLE SA Tina Marsian performed an extraction of the device

and then made those results viewable to SA Nuzzi. The following files were found being stored on the cell phone:

a. **File Name: IMG_5336.MP4**

Description: A digital video file depicting a prepubescent juvenile female. Less than 6 years old, nude from the waist down. An apparent adult male is seen penetrating the juvenile's vagina with his exposed penis and engaging in sexual intercourse.

b. **File Name: demo1.mp4**

Description: A digital video file depicting a juvenile female, less than 10 years old, sitting on what appears to be a concrete wall. An adult male is seen masturbating his penis until he ejaculates on the juvenile's bare feet.

c. **File name: demo3.mp4**

Description: A digital video file depicting a juvenile female, less than 5 years old, sitting on stairs. An adult male is shown penetrating the juvenile's mouth with his exposed penis.

d. **File Name: IMG_4447.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 5 years old, in a complete state of nudity. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

e.  File name: IMG_4446.PNG

Description: A digital image file depicting a prepubescent juvenile female, less than 10 years old, in a complete state of nudity. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

f.  File name: IMG_4450.PNG

Description: A digital image file depicting a prepubescent juvenile female, less than 8 years old, nude from the waist down. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

g.  File name: IMG_4475.PNG

Description: A digital image file depicting a prepubescent juvenile female, less than 8 years old, nude from the waist down. An adult male is seen using his fingers to penetrate the juvenile's exposed anus.

h.  File Name: IMG_4535.PNG

Description: A digital image file depicting a prepubescent juvenile female, less than 5 years old, nude from the waist down. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

i. **File name: IMG_4524.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 8 years old, in a complete state of nudity. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

j. **File name: IMG_4516.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 2 years old, in a complete state of nudity. An adult male is seen performing oral sex on the juvenile.

k. **File name: IMG_4546.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 3 years old, nude from the waist down. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

l. **File name: IMG_4559.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 2 years old, in a complete state of nudity. An adult male is seen penetrating the juvenile's vagina with his exposed penis.

**m. File name: IMG_4588.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 2 years old, in a complete state of nudity. An adult male is seen penetrating the juvenile's vagina with his exposed penis.

**n. File name: IMG_4617.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 3 years old, in a complete state of nudity. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

**o. File name: IMG_4616.PNG**

Description: A digital image file depicting a juvenile female, less than 8 years old, performing oral sex on an adult male's exposed penis.

**p. File Name: IMG_4622.PNG**

Description: A digital image file depicting a juvenile female, less than 12 years old, performing oral sex on an adult male's exposed penis. The juvenile appears to be crying.

**q. File name: IMG_4628.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 1 years old, in a complete state of nudity. The exposed penis of an adult male is shown in union with the juvenile's exposed vagina.

r.  **File Name: IMG_4628.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 3 years old, nude from the waist down. An adult male is seen penetrating the juvenile's mouth with his exposed penis.

s.  **File Name: IMG_4635.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 2 years old, in a complete state of nudity. An adult male is seen performing oral sex on the juvenile.

t.  **File name: IMG_4637.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 6 years old, in a complete state of nudity. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

u.  **File name: IMG_4651.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 10 years old, in a complete state of nudity. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

**v.   File name: IMG_4658.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 12 years old, in a complete state of nudity. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

**w.   File name: IMG_4659.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 10 years old, in a complete state of nudity. An adult male is seen penetrating the juvenile's vagina with his exposed penis.

**x.   File name: IMG_4693.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 8 years old, in a complete state of nudity. An adult male is seen penetrating the juvenile's vagina with his exposed penis.

**y.   File name: IMG_4770.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 8 years old, in a complete state of nudity. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

z.  **File Name: IMG_4771.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 12 years old, nude from the waist down. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

aa. **File Name: IMG_4783.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 8 years old, in a complete state of nudity. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image. The juvenile appears to be crying.

bb. **File name: IMG_4823.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 3 years old, nude from the waist down. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

cc. **File Name: IMG_4837.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 10 years old, in a complete state of nudity. An adult male is seen penetrating the juvenile's vagina with his exposed penis.

    dd. **File Name: IMG_4904.PNG**

Description: A digital image file depicting a infant female, less than 1 years old, nude from the waist down. An adult male is seen using his finger to penetrate the infant's exposed vagina.

    ee. **File Name: IMG_5264.PNG**

Description: A digital image file depicting a prepubescent juvenile female, less than 10 years old, nude from the waist down. The juvenile's legs are spread so that her vagina is exposed to the camera in a lewd manner and is the focal point of the image.

    10.    All juveniles described in each file above were clearly under the age of 18 based on one or more of the following factors; lack of breast and/or pubic hair development, early stages of development of sexual organs, childlike limbs, torso, and/or facial features, smaller in overall size compared to the adults depicted. Furthermore, some of the files contained images of infants and very young children, who are less than 12 years of age.

    11.    In addition to being seized directly from BALDWIN's person, the cell phone also contained photos that further support the phone belonging to BALDWIN. The photo gallery of the phone includes photos of completed invoice paperwork related to BALDWIN's work as a plumber with

BALDWIN's name on it. There were also numerous nude self-generated photos (selfies) of BALDWIN found on the phone.

12. In 2022, Apple announced it would be assembling the iPhone 14 in India as they sought to shift some production away from China. Apple's main iPhone assembler, Foxconn, has been manufacturing the devices at its Sriperumbudur factory on the outskirts of Chennai. All iPhones are manufactured outside of the United States, affecting interstate/foreign commerce.

13. BALDWIN has made it known that he is moving to Waynesville, North Carolina in the very near future. BALDWIN has recently moved from Mount Dora, FL to his mother's home in Wildwood, FL with his 11 year old daughter and his 13 year old son. He has yet to enroll his children in a school making it evident that this move out of the state of Florida will take place soon.

## CONCLUSION

14. Based on the above, I have probable cause to believe that BALDWIN knowingly possessed child pornography that was produced using materials that were mailed, shipped or transported in interstate and foreign commerce, and using a facility of interstate commerce, and the depiction involved a minor who had not attained 12 years of age, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

_____
Ryan G. Eggland, Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me over the telephone or other electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d). This  12th   day of December 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

14