FILED
Date: 02/06/24
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO.   5:23-cr-130-TPB-PRL
                                          18 U.S.C. § 2252A(a)(5)(B)
                                          18 U.S.C. § 2252A(a)(2)
BRETT EUGENE BALDWIN

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 28, 2023, in the Middle District of Florida, and elsewhere, the defendant,

**BRETT EUGENE BALDWIN,**

did knowingly possess materials that contained images of child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## COUNT TWO

On or about December 9, 2023, in the Middle District of Florida, and elsewhere, the defendant,

**BRETT EUGENE BALDWIN,**

did knowingly receive child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT THREE

On or about December 10, 2023, in the Middle District of Florida, and elsewhere, the defendant,

**BRETT EUGENE BALDWIN,**

did knowingly receive child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT FOUR

On or about December 11, 2023, in the Middle District of Florida, and elsewhere, the defendant,

**BRETT EUGENE BALDWIN,**

did knowingly receive child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. §§ 2252A(a)(5)(B), or 2252A(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

  b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following: the Apple iPhone 14 cellular telephone seized from the defendant on November 28, 2023, and an Apple iPhone 15 cellular telephone seized from the defendant's residence on December 14, 2023.

4. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

███████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Sarah Swartzberg*
Sarah Janette Swartzberg
Assistant United States Attorney

By: *[signature]*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

5

FORM OBD-34
February 24

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

BRETT EUGENE BALDWIN

SUPERSEDING INDICTMENT

Violations: 18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(a)(2) – 3 Counts

A true bill,

_____████████_____
Foreperson

Filed in open court this 6th day

Of February 2024.

_____/s/ M. Taylor_____
Clerk

Bail $_____

GPO 863 525