UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,   Case No. 5:23-cr-130-TPB-PRL

Plaintiff,          ☐
Government      ☒            ☐ Evidentiary
                             ☒ Trial
                             ☐ Other

v.

BRETT EUGENE BALDWIN

Defendant       ☐

# AMENDED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Stipulation of the Parties |
| 2 | | | | File Name: IMG_5336.MP4  *Video file described on Page 3 of the Stipulation of the Parties* |
| 3 | | | | File Name: demo1.mp4  *Video file described on Page 3 of the Stipulation of the Parties* |
| 4 | | | | File Name: demo3.mp4  *Video file described on Page 3 of the Stipulation of the Parties* |
| 5 | | | | File Name: IMG_4475.PNG  *Image described on Page 4 of the Stipulation of the Parties* |
| 6 | | | | File Name: IMG_4516.PNG  *Image described on Page 4 of the Stipulation of the Parties* |
| 7 | | | | File Name: IMG_4559.PNG  *Image described on Page 4 of the Stipulation of the Parties* |

**EXHIBIT LIST - Continuation Sheet**

| | | | | | |
|---|---|---|---|---|---|
| 8 | | | | | File Name: IMG_4622.PNG<br>*Image described on Page 4 of the Stipulation of the Parties* |
| 9 | | | | | File Name: IMG_4628.PNG<br>*Image described on Page 4 of the Stipulation of the Parties* |
| 10 | | | | | File Name: IMG_5167.PNG<br>*Image described on Page 4 of the Stipulation of the Parties* |
| 11 | | | | | File Name: IMG_4904.PNG<br>*Image described on Page 4 of the Stipulation of the Parties* |
| 12 | | | | | PDF File Name: 0DC4DFCA-FA02-4234-B5A7-61369B1D47F2<br>*File described on Page 7 of the Stipulation of the Parties* |
| 12-1 | | | | | Specific image from PDF File Name: 0DC4DFCA-FA02-4234-B5A7-61369B1D47F2<br>*Image described on Page 7 of the Stipulation of the Parties* |
| 13 | | | | | PDF File Name: 0EF70308-8885-48B0-9BCA-AB2E4592BBAB<br>*File described on Page 7 of the Stipulation of the Parties* |
| 13-1 | | | | | Specific image from PDF File Name: 0EF70308-8885-48B0-9BCA-AB2E4592BBAB<br>*Image described on Page 7 of the Stipulation of the Parties* |
| 14 | | | | | PDF File Name: 0E565A2B-F018-44BC-B09B-B90DFAEBEC50<br>*File described on Page 7 of the Stipulation of the Parties* |

**EXHIBIT LIST - Continuation Sheet**

|      |  |  |  |  |
|------|--|--|--|--|
| 14-1 |  |  |  | Specific image from PDF File Name: 0E565A2B-F018-44BC-B09B-B90DFAEBEC50<br>*Image described on Page 7 of the Stipulation of the Parties* |
| 15   |  |  |  | PDF File Name: 0D6D7000-A660-49F3-B7F1-43622ABF84EC<br>*File described on Page 8 of the Stipulation of the Parties* |
| 15-1 |  |  |  | Specific image from PDF File Name: 0D6D7000-A660-49F3-B7F1-43622ABF84EC<br>*Image described on Page 8 of the Stipulation of the Parties* |
| 16   |  |  |  | PDF File Name: 05593B82-E0BF-4C5B-8240-03198F45594B<br>*File described on Page 8 of the Stipulation of the Parties* |
| 16-1 |  |  |  | Specific image from PDF File Name: 05593B82-E0BF-4C5B-8240-03198F45594B<br>*Image described on Page 8 of the Stipulation of the Parties* |
| 17   |  |  |  | PDF File Name: 0FC76222-281E-4313-904E-33C33BBF2B37<br>*File described on Page 8 of the Stipulation of the Parties* |
| 17-1 |  |  |  | Specific image from PDF File Name: 0FC76222-281E-4313-904E-33C33BBF2B37<br>*Image described on Page 8 of the Stipulation of the Parties* |